# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: _17- 9097_ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| _Robert Duran_ | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✔ ) Reporting, as directed, to U.S. Pretrial Services;

( ✔ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✔ ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____          _____
DEFENDANT                                                    DATE  4/27/17

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____
DATE  4/27/17