UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6445880 |
| ROBERT DURAN | : | <u>ORDER OF DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, William E. Fitzpatrick, the Acting United States Attorney for the District of New Jersey, dismisses Violation No. 6445880 against defendant Robert Duran, which was issued on December 22, 2016, causing disturbances, in violation of 41 C.F.R. 102-74.390, for the reason that prosecution of defendant Robert Duran is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Robert Duran of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
WILLIAM FITZPATRICK
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 7/27/17